United States District Court
Southern District of Texas
**ENTERED**
December 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDUVINA VASQUEZ MANZANO, § § Petitioner, § § VS. § § RANDALL TATE, *et al.*, § § Respondents. § | CIVIL ACTION NO. 4:25-CV-05178 |

## ORDER

Before the Court are Petitioner Eduvina Vasquez Manzano's Petition for Writ of Habeas Corpus (Doc. #1), Respondents' Answer and Motion for Summary Judgment (Doc. #10), and Petitioner's Response (Doc. #12). The Court requires more information to rule on the pending Petition for Writ of Habeas Corpus and Motion for Summary Judgment. Accordingly, the parties are hereby ORDERED to submit additional briefing addressing the following:

a) The date Petitioner entered the United States;
b) The length of Petitioner's residence in the United States;
c) Other information the parties deem relevant to the pending Petition and Motion for Summary Judgment.

Respondents shall submit this information within seven (7) days of this Order. Petitioner may then file a response within seven (7) days of Respondents' submission.

It is so ORDERED.

DEC 2 9 2025
Date

The Honorable Alfred H. Bennett
United States District Judge